| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* CR 05-00303-01 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* CR06-5043 JKA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: AARON K.K. AIU 3435 Kensington Avenue, Apt. #207 Silverdale, Washington 98383 | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE Kevin S.C. Chang | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/20/2005    TO 7/19/2007 |

OFFENSE

18 U.S.C. § 641 - Theft

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
JAN 30 2006
at __ o'clock and __ min __ M
SUE BEITIA, CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Washington</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/16/05          *[signature]*
Date                 United States ~~District Judge~~ U.S. Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Washington

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-20-06          *[signature]*
Effective Date          United States ~~District~~ Judge
                                       MAGISTRATE